**FILED  
CLERK**

3/17/2016 4:36 pm

**U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X

LIANGUI YU,

           Plaintiff,

           v.

JIAN ZHANG YANG, JOHN DOES 1-10, and  
ABC CORPORATIONS 1-10,

           Defendants.

-----------------------------------------------------------------X

**ORDER**  
14–CV–5313 (JMA)(GRB)

**AZRACK, United States District Judge:**

    Before the Court is a Report and Recommendation from Magistrate Judge Brown recommending that the Court grant default judgment for plaintiff's claims for (1) Failure to pay overtime wages under Fair Labor Standards Act and New York Labor Law; (2) Retaliation under NYLL; and (3) breach of the promissory note under New York law. Defendants have not objected to the Report and Recommendation. Having conducted a review of the full record and the applicable law, and having reviewed the Report and Recommendation for clear error, the Court adopts Judge Brown's Report and Recommendation in its entirety.

    The Clerk of Court is directed enter judgment in favor of plaintiff in the amount of $251,278.95.

**SO ORDERED.**

Dated: March 17, 2016  
Central Islip, New York

                                                       /s/    JMA  
                                        JOAN M. AZRACK  
                                        UNITED STATES DISTRICT JUDGE